**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Curtis D. DALE, a.k.a. Curtis Donnell Dale, Defendant–Appellant.**

**No. 09–12997**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 5, 2010.

Robert Augustus Harper, Jr., Tallahassee, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, Jr., appointed counsel for Curtis D. Dale in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Dale's conviction and sentence are AF-FIRMED.